UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNALIESE G. QUILLEN, | Civil No. 2:20-cv-01542-RAJ |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for child disability benefits and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a new hearing and a new decision by an administrative law judge (ALJ). On remand, the ALJ will reweigh Plaintiff's migraine complaints in assessing her residual functional capacity and proceed with the sequential evaluation, calling a vocational expert as necessary if the case proceeds to step five.

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 25th day of May, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge