UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNALIESE G. QUILLEN,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>COMMISSIONER OF SOCIAL<br>　SECURITY,<br><br>　　　　　Defendant. | Case No. 20-cv-1542 RAJ<br><br>~~PROPOSED~~ ORDER FOR EAJA<br>ATTORNEY FEES<br>PURSANT TO EAJA |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $4,646.00 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010).  This award is based on 21.79 hours of attorney work at the 2020 rate

~~PROPOSED~~ ORDER FOR EAJA FEES, COSTS AND
EXPENSES
20-cv-1542 - 1

of $207.78 for 1.8 hours of work and the 2021 rate of $213.74 for 19.99 hours of work. No expenses or costs are awarded.

If the U.S. Department of Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees directly to Plaintiff's counsel, DEBRA J. VENHAUS at P.O. Box 12488, Mill Creek, WA 98082.

DATED this 21st day of September, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge